PROB 12C
(6/16)

Report Date: August 27, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2026

SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George W. Butrick    Case Number: 0980 2:10CR00029-MKD-1

Address of Offender: [redacted], Spokane, WA 99208

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 19, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 180 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(March 19, 2012) | Prison - 180 months<br>TSR - 60 months | |
| Amended Sentence:<br>(June 21, 2022) | Prison - Time served<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: July 5, 2022 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: July 4, 2027 |

## PETITIONING THE COURT

To issue a summons.

On July 22, 2022, the offender's conditions of supervision were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on or about July 8, 2026.<br><br>The probation officer received email correspondence from PHS indicating the offender |

failed to report for random urinalysis testing on July 8, 2026.

2 **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, cocaine, on or about August 10, 2026.

On August 10, 2026, Mr. Butrick submitted a urine specimen at PHS that was presumptive positive for cocaine. At that time, he signed a denial form indicating he had not used said substance. The urine specimen was thereafter sent to Abbott Laboratories and it was confirmed positive for cocaine.

3 **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 4, by being untruthful with the probation officer when questioned on August 12 and 26, 2026.

On August 12, 2026, this officer questioned the offender regarding the urine specimen he submitted on August 10, 2026, which was presumptive positive for cocaine. The offender was adamant he had not used cocaine.

On August 26, 2026, this officer again questioned the offender regarding the aforementioned urine specimen, as it was confirmed positive for cocaine. He continued to deny use of cocaine despite the urine specimen being confirmed positive by Abbott Laboratories.

Given the above information, Mr. Butrick was untruthful with the probation officer when questioned about his drug use on August 12 and 26, 2026.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 27, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 27, 2026

Date